**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

In re:
Chicora Life Center, LC.

        Debtor.

Case No. 16-02447-jw
Chapter 11

STATEMENT OF UNITED STATES TRUSTEE CONCERNING THE APPOINTMENT OF

THE UNSECURED CREDITORS' COMMITTEE

      The United States Trustee has not appointed an unsecured creditors' committee in the above-captioned matter pursuant to 11 U.S.C. §1102. The number of persons willing to serve on such a committee is presently insufficient to form an unsecured creditors' committee.

      The United States Trustee will appoint an unsecured creditors' committee upon the request of an adequate number of unsecured creditors.

      Judy A. Robbins
      United States Trustee
      Region Four

      By:  /s/ John T. Stack
      JOHN T. STACK
      Assistant U. S. Trustee
      Attorney No. 4272
      Department of Justice
      Office of United States Trustee
      1835 Assembly Street - Suite 953
      Columbia, South Carolina  29201
      (803) 765-5250

Date: June 6, 2016